# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00683-CV

### Jon B. Bartoshek, Appellant

### v.

### Texas Department of Criminal Justice, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN000232, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

On April 18, 2002, the parties notified this Court that they were in the process of settling their dispute. On April 24, we abated the appeal on our own motion, awaiting the receipt of a joint motion to dismiss. The parties have filed an agreed motion to dismiss the appeal with prejudice. We hereby reinstate the appeal, grant the agreed motion, and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Agreed Motion

Filed: August 30, 2002

Do Not Publish